333 A.2d 773

Dale E. HALL, Appellant,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF TRAFFIC SAFETY, Appellee.

Supreme Court of Pennsylvania.

Argued Dec. 3, 1974.

Decided Feb. 20, 1975.

Rehearing denied April 3, 1975.

Charles J. McKelvey, McNerney, Page, Vanderlin & Hall, Williamsport, for appellant.

Israel Packel, Atty. Gen., Robert W. Cunliffe, Deputy Atty. Gen., John L. Heaton, Anthony J. Maiorana, Asst. Attys. Gen., Harrisburg, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

ORDER

PER CURIAM:

The Court being evenly divided the order of the Commonwealth Court is affirmed. See *Glass v. Commonwealth of Pennsylvania, Department of Transportation, Bureau of Safety,* 460 Pa. 362, 333 A.2d 768 (1975).

JONES, C. J., did not participate in the consideration or decision of this case.